# Exhibit C

FIFTH THIRD BANK

38 Fountain Square Plaza
Cincinnati, Ohio 45263

# Security Procedures for Commercial Wire Transfer & Automated Clearing House Services

## 1. AUTHORIZED AGENTS & SETUP

In the setup process for the Wire Transfer Service and Automated Clearing House (ACH) Service, you as the Customer ("*you*") and authorized persons acting on your behalf (each, a "*Designator*," defined as an Authorized Person from your account resolutions), designate to Fifth Third Bank, National Association, ("*us*" or "*we*") individuals ("*Authorized Agents*," as that term is defined in the Master Treasury Management and the Wire Transfer Service Terms and Conditions (collectively the "*Master Agreement*"), and which term includes all Designators) who have the authority on your behalf: (A) to initiate wire transfer instructions (also known as payment orders) to us for execution; (B) for certain means of communication, to confirm or verify wire transfers; (C) to transmit ACH Entries and ACH Files to us; and, (D) to authenticate the transmission of ACH Files or to serve as a principal contact for any confirmations we may seek as described herein below.

You will indicate such authorization to us on forms we supply to you for that purpose or on other forms we approve for this purpose. You understand that we will rely on all payment orders and other instructions from the Authorized Agents. The procedures described herein below evidence the "Security Procedures" (as that term is defined in the Master Agreement) for the wire transfer instructions and ACH Entries/Files sent to us in your name.

## 2. INTERNET-INITIATED TRANSFERS

### A. Service Setup

If you wish to communicate wire transfer instructions, or transmit or confirm ACH Files, to us via *Fifth Third Direct*, you must be established for use of *Fifth Third Direct* by executing an Online Channel Access Agreement (*"OCAA"*). You must have in place a Channel Administrator (as that term is defined in the OCAA). For information on setting up channel administration, instructions for designating the Channel Administrator, and the scope of the Channel Administrator's authorities, please see Section 3 of the OCAA. Each User authorized by the Channel Administrator is considered an Authorized Agent for purposes of the Wire and ACH Services through *Fifth Third Direct*.

The Channel Administrator has the option to require "*Dual Control Administration*," meaning that the approval of a second Channel Administrator is required to verify the designation and authorization of another User for the Wire Transfer and ACH Services. We strongly recommend and may require that you select the option of Dual Control Administration and Dual Transaction Approval, which are more fully described in Section 3 of the OCAA. An Access Device (as defined in the Master Agreement) is required for all Wire and ACH initiation and approval through *Fifth Third Direct*, in order to provide two-factor authentication of your instructions. Access Devices are provided to Users as directed by the Channel Administrator.

### B. Internet Wire Transfer Instructions

*I.* ***Procedure:*** We will supply to the Channel Administrator a User ID and an initial login password, which must be changed upon logging in the first time. The Channel Administrator can then designate and establish credentials for Users. All Users are assigned a unique, system-generated User ID that identifies them to the system and a confidential password which must be changed upon initial login. Both ID and password must be entered correctly to gain access to *Fifth Third Direct*, and if that User has been provisioned for wire transfers, to the wire transfer module within *Fifth Third Direct*. Users will also be required to enter a passcode generated by an Access Device as described in Section 3 of the OCAA.

*II.* ***Controls*** As described in Section 3 of the OCAA, the Channel Administrator has the option to require Dual Control Administration in *Fifth Third Direct* for the approval of any changes made in the Administrator section of *Fifth Third Direct*. The Channel Administrator also has the option to setup Dual Transaction Approval and "*Approval Workflows*," which allow an Administrator to require as many approvers as they desire for any payment transactions in the system. Users can also be provisioned to initiate only

selected types of wires or wires only from selected accounts as determined by the Administrator. Dual Control Administration can also be added to require a second approval for any changes made to Approval Workflows. Dual Control Administration and the creation of Approval Workflows can be important tools for addressing unauthorized wire activity. We strongly recommend the implementation of these controls. You are responsible for enabling, and informing the Bank of your desire to enable, Approval Workflows and/or Dual Control Administration.

***III.*** ***Recommended Customer Measures*** Among the many measures that Customer should employ to prevent unauthorized transactions, we strongly recommend that you download and properly utilize internet security software to aid in fraud prevention.

***IV.*** ***Effect*** We will conclusively presume that all payment orders submitted through *Fifth Third Direct* using these procedures were authorized by you. The authority of a User may be withdrawn or modified through the Administrator through *Fifth Third Direct*. If you wish to revoke the authority of a User upon termination of employment or responsibility or for any other reason, the Administrator must delete such authorization within *Fifth Third Direct*. A User's credentials are intended for that User and may not be transferred. You are solely responsible for controlling the use of a user's credentials.

## C. Options for Electronic Submission of ACH & Wire Entries/Files

***I.*** ***File Transfer via Fifth Third Direct*** Users can upload ACH Files, or Wire Transfer files containing multiple payment transfer requests per file, through *Fifth Third Direct*. A User with the necessary entitlements is required to transmit ACH Files to the IP Address/Port we designate, and log in using a recognized User ID and password for this method. If the Channel Administrator has established Dual Authorization, a second User is required to approve the transmission. The User (or, if Dual Authorization is in effect, both Users) is also required to use the Access Device and enter a security code generated by the Access Device.

***II.*** ***Payments and Transfers via Fifth Third Direct*** Users so enabled by the Channel Administrator can initiate ACH & Wire Entries via the Payments and Transfers module in *Fifth Third Direct*. A User with the necessary entitlements is required to login using a recognized User ID and password. If the Channel Administrator has established Dual Authorization, a second User is required to approve the transmission. The User (or, if Dual Authorization is in effect, both Users) is also required to use the Access Device and enter a security code generated by the Access Device.

***III.*** ***Direct Send Transmission*** This is a direct transmission to our servers via secure File Transfer Protocol (FTP). We will establish with you the public keys to be used for transmission. Your Authorized Agent will be required to log in using the recognized User ID and password. Your Authorized Agent will then confirm debit and credit totals (Authenticate) by one of the means described in Section II.C.3.ii below.

**i. Authentication of Direct Send Files:**
We require that you authenticate all Direct Send Files. File Authentication requires the entry of the total debit and credit amounts of all ACH & Wire files. We will compare the communicated totals to the corresponding ACH and/or Wire file, and if they match, we will release the associated file(s) for processing. If they do not match, we will contact the Authorized Agent designated by your Designator in the set-up process to investigate and seek confirmation of the authenticity of the transmission. Further instructions for submitting your ACH authentication may be found in the ACH Operations Reference Information Customer Guide we provide to you.

**ii. File Authentication:**

*a. Fifth Third Direct* The Channel Administrator is automatically set up for File Authentication and has the authority to establish Users with similar authority. Each User is required to enter their User ID and password to initiate authentication and transmit the control totals.

*b. Electronic File Authentication* Electronic File Authentication allows you to submit a separate file of control totals through secure FTP separate from the ACH and/or Wire file. The confirmation is sent using the same method as the ACH and/or Wire File. This is a one record file.

*c. Telephone File Authentication* An Authorized Agent (as described in Section III.A below) can authenticate a ACH File by calling Fifth Third Commercial Support ([redacted]) and entering the PIN then the control total as prompted. ***This file authentication method can be only used for ACH files, and is not permitted for Wire files.***

## 3. TELEPHONE WIRE TRANSFER REQUESTS

**A. Service Setup** If you wish to send payment orders to us by telephone with the use of a Personal Identification Number (*"PIN"*), a Designator must complete, execute and submit to us a service form for telephone authorization. In that form, you will designate the Authorized Agents who shall have the authority to initiate wire transfers using our telephone PIN process. In the form, you may limit the authority of any Authorized Agent by dollar amount. You may also require that the payment order always be subject to a second PIN. For example, you may limit the authority associated with any PIN by dollar amount or function (callback/verification only). You are responsible for notifying us in the event of any changes in Authorized Agents. PINS may be revoked but under no circumstances may they be transferred.

**B. Procedures** We will provide to each Authorized Agent designated for telephone PIN authority a PIN assigned by us. PINs are mailed directly to the Authorized Agents and must be confirmed annually. If not confirmed, the PIN may no longer be valid. The PINs must be entered into our system to initiate payment orders by telephone. We may, but are not obligated to, tape or otherwise record telephonic payment order requests and confirmations.

**C. Approval**

*I.* For all domestic and international non-repetitive wires initiated by telephone using a PIN in an amount greater than $250,000, we require approval of the initiation by an Authorized Agent with a PIN designated by you for approvals, someone other than the initiator. Such confirming Authorized Agent must have authority to approve wires in an amount equal to or greater than that being initiated. We will call one such individual at the number specified for the Approver in the PIN Form and we will require they provide their PIN and confirmation of the non-repetitive wire. We will not seek approval for telephone payment orders of less than $250,000 unless we are instructed to do so by you via a service form denoting the intended lesser wire payment value denominations.

*II.* For payment orders initiated by telephone that are $250,000 or less and all repetitive payment orders regardless of size or approval, the holder of PIN may submit the payment order and no further approval is required unless specified by the Customer.

**D. Duration** Until a Designator gives us notice in writing and signed by such Designator that an Authorized Agent is no longer authorized to act as designated and we have had a reasonable opportunity to act on that notice, we will conclusively presume that any caller possessing the appropriate PIN and authorization for an account is an Authorized Agent and wire transfer instructions and approvals from such callers will be considered authorized by you.

## 4. AUTOMATED STANDING WIRE TRANSFER AND WIRE TRANSFER DRAWDOWN REQUESTS

**A. Service Setup** Standing Order Wire and Wire Transfer Drawdown Requests may only be communicated to us in writing pursuant to a service form provided to you by us, and executed by an Authorized Agent and returned to us for attachment to and submission with the appropriate service form. Such service form must contain the following information: (1) receiving bank name; (2) receiving bank ABA number; (3) beneficiary account number; (4) beneficiary account title; and, (5) amount to be transferred.

**B. Effect** Once the requisite form has been received and processed by us, individual wires pursuant to the form are not subject to further verification or approvals.

**C. Duration** We will continue to execute the Standing Order and Drawdown Requests until the order or request is canceled by you through an Authorized Agent in writing and signed by such Authorized Agent identifying the Standing Order or Drawdown Request with the information listed above - We will conclusively presume that any Standing Order or Drawdown Request received from an Authorized Agent is authorized by you. You can obtain a listing of established Standing Orders and Drawdown Requests upon request. You are urged to periodically review your established Standing Orders and Drawdown Requests for currency and continued validity and immediately report any changes or problems to us by contacting an Authorized FTB Representative.

## 5. MANUAL WIRE PROCEDURES

**A. *CAUTION*** We recognize that there may be circumstances under which a Customer may wish to submit a written request for a wire transfer to, or call, an authorized Fifth Third Bank employee associated with the relationship with Customer (an "*Authorized FTB Person*") to request a wire transfer. ***We strongly recommend that you utilize this manual procedure only when one of the communication methods described above is unavailable, such that you may take advantage of the greater security afforded by the other above-described methods.*** The manual procedures carry higher risks of unauthorized activity. If you choose to use this higher risk procedure, you are rejecting the procedure we recommend and you assume all risks of unauthorized activity through this method of communication.

**B. *Written Authorization*** Although you may call an Authorized FTB Person to discuss the initiation of a manual wire request, we cannot accept or initiate such a request until we have received, by fax, email or in person, an appropriately executed Outgoing Wire Transfer Request Agreement ("*Outgoing Wire Agreement*") and written authorization. Before a manual wire may be initiated, a Designator (or an Account Signer of the deposit account the wire transfer is drawn on) must execute an Outgoing Wire Agreement and provide the same to us. If we have a valid Outgoing Wire Agreement, and the authorization provided therein has not been revoked, the designated individuals may initiate a wire by providing us the payment order in person, via e-mail or by fax, and the following procedures shall apply:

*I.* One of the persons designated in the Outgoing Wire Agreement must provide to an Authorized FTB Person, via fax, email or in person, the following information: (a) receiving bank name; (b) receiving bank ABA number; (c) beneficiary account number and title; (d) amount to be transferred; and, (e) the signature of a Designator or Account Signer.

*II.* We will compare the name and signature of the individual in the Outgoing Wire Agreement with the name and signature of the Authorized Agents for your electronic funds transfers.

*III.* If we believe the name and signature:

**i. Match**, then an Authorized FTB Person will perform confirmation steps, which will include one or more of the following:

*a.* Callback to a secondary individual that is evidenced on bank record for the account (preferably an individual that is not the initiator of the manual wire transfer); and/or,

*b.* Telephone confirmation by presentment of a series of in- and out-of-wallet security questions presented to the initiator at the time of the phone request.

Failure to carry out either method of confirmation will result in the wire being canceled.

**ii. Do not match**, then we will not execute the wire. We will call an Authorized Agent to explain and request that a new Outgoing Wire Agreement be submitted with a signature we have on file in order to complete a signature match.

*IV.* ***NOTE:*** Some security procedures provide greater security than others. In particular, allowing the same person to initiate a wire and also receive the callback, if chosen by you, is a less secure security procedure than a call back to a second authorized agent.

## 6. FIFTH THIRD BANK APPLICATIONS

Fifth Third Bank may subject each initiated wire, and each ACH Entry submitted through *Fifth Third Direct*, to our proprietary electronic funds transfer analysis software applications. The analysis performed by this software evaluates a variety of factors relating to each transaction, which evaluation may trigger a halt or delay on a transfer that may lead to a follow-up call from an Authorized FTB Person to an Authorized Agent in order to take necessary action with respect to the matter that triggered the halt or delay. We will not release any affected wire transfer or ACH Entry until such time as we receive any necessary confirmation that we seek. ***Please note that our analysis and potential follow-up are not a substitute for the Security Procedures or proper account management by you, and may not be relied upon by you in any way.***